UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEEZIO GROUP, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>SLUMBERPOD LLC,<br><br>       Defendant. | Case No.  26-mc-80110-NW (VKD)<br><br>**ORDER SETTING HEARING RE MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**<br><br>Re: Dkt. No. 1 |

The Court will hear plaintiff's pending motion to compel compliance with subpoena on **June 2, 2026, 10:00 a.m.** in Courtroom 2, Fifth Floor of the United States District Court in San Jose, California.

**IT IS SO ORDERED.**

Dated: May 18, 2026

Virginia K. DeMarchi
United States Magistrate Judge